IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-510-D

JACKIE BLUE,

    Plaintiff,

v.

MML & ASSOCIATES, LLC,

    Defendant.

**ORDER**

Defendant's motion to dismiss [D.E. 15] is GRANTED. See, e.g., Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 945–46, 954–55 (9th Cir. 2011) (en banc); Order, Blue v. B&C Props. of Dunn, LLC, No. 5:14-CV-285-D (E.D.N.C. Aug. 14, 2014), [D.E. 15]; Nat'l Alliance for Accessibility, Inc., v. Big Lots Stores, Inc., No. 5:12-CV-349-D, 2013 WL 1452928, at *1–2 (E.D.N.C Apr. 9, 2013) (unpublished). Plaintiff's complaint [D.E. 1] is DISMISSED without prejudice. In accordance with plaintiff's request, plaintiff may file an amended complaint no later than January 22, 2015. The amended complaint must plausibly allege concrete and particularized injury.

SO ORDERED. This 18 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge